HILL WALLACK LLP
Kun Zhao, Esq. [KZ3608]
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08540
(609) 924-0808
Attorneys for Plaintiff/Counter-Defendant
Northern Food I/E, Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHERN FOOD I/E, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> LAM SHENG KEE (USA) ENTERPRISE CORP., S&M INTERNATIONAL INC., WIN LUCK TRADING INC. and QIU YONG (a.k.a. XIAO LIN), <br><br> Defendants/Counter-Claimants. | Civil Action No.: 1:14-cv-811 (WFK) (JO) <br><br><br> **PROPOSED ORDER** |

THIS MATTER having been brought before the Court upon the consent motion by Hill Wallack LLP, attorneys for the Plaintiff, and Ryder, Lu, Mazzeo & Konieczny, LLC, attorneys for the defendants, for an Order granting the consent motion to stay all of the proceedings of this action, and the Court having read and considered the papers submitted; and for good cause having been shown:

IT IS on this 15th day of April, 2015, hereby **ORDERED** as follows:

1. The Parties' consent motion to stay all of the proceedings is here by **GRANTED**.

2. All of the proceedings of this action are hereby stayed pending final resolutions of the trademark cancellation proceedings nos. 92058825, 92058903, 92059010, and 92059339 by the Trademark Trial and Appeal Board.

1

s/WFK

_____
Hon. William F. Kuntz, U.S.D.J.